# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:14-CV-525-RJC-DCK

| | |
|---|---|
| EYETALK365, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PROTECT AMERICA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by David C. Boggs, concerning Michael A. Siem on September 29, 2014. Mr. Michael A. Siem seeks to appear as counsel *pro hac vice* for Plaintiff EyeTalk365, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. Michael A. Siem is hereby admitted *pro hac vice* to represent Plaintiff EyeTalk365, LLC.

**SO ORDERED**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge