### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO.  3:14-CV-525-RJC-DCK

| | | |
|---|---|---|
| **EYETALK365, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PROTECT AMERICA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by David C. Boggs, concerning Steven R. Daniels on September 29, 2014.  Mr. Steven R. Daniels seeks to appear as counsel *pro hac vice* for Plaintiff EyeTalk365, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.**  Mr. Steven R. Daniels is hereby admitted *pro hac vice* to represent Plaintiff EyeTalk365, LLC.

**SO ORDERED**.

Signed: September 30, 2014

David C. Keesler
United States Magistrate Judge